IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BFF II PTE. LTD., <br> SIDE DOOR VENTURES, LP, <br> SDV OPPORTUNTY FUND II, and <br> SDV FOLLOW 1G <br>       Plaintiffs, <br><br> v. <br><br> MATTHEW ROSEN, <br>       Defendant. | CIVIL ACTION <br><br> NO. 24-1228 |

**O R D E R**

**AND NOW**, this 7th day of January, 2024, upon consideration of Defendant Matthew Rosen's ("Defendant") Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion to Dismiss") (ECF No. 13), Plaintiffs BFF II PTE. LTD., SDV Follow 1G, SDV Opportunity Fund II, and Side Door Ventures, LP's ("Plaintiffs") Motion (A) Requesting the Court to Determine Defendant's Motion to Dismiss was Mooted by the Second Amended Complaint; or (B) For Authority to File a Response to the Motion to Dismiss (the "Motion for Determination") (ECF No. 17), and Plaintiffs' Motion Requesting Retroactive Authority to File Second Amended Complaint to the Extent Authorization is Needed Under Rule 15 (the "Motion for Retroactive Leave to Amend") (ECF No. 21), and any responses and oppositions thereto, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 13) is **DENIED** as **MOOT**, Plaintiffs' Motion for Determination and Motion for Retroactive Leave to Amend (ECF Nos. 17, 21) are **GRANTED**, and Plaintiffs' Second Amended Complaint (ECF No. 15) is deemed properly filed.

                                                          BY THE COURT:

                                                          /s/ Hon. Kelley B. Hodge
                                                         **HODGE, KELLEY B., J.**