IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BFF II PTE. LTD.;** <br> **SDV OPPORTUNITY FUND II, A SERIES OF SIDE DOOR VENTURES, LP** <br> **SDV FOLLOW 1G, A SERIES OF SIDE DOOR VENTURES LP; AND** <br> **SIDE DOOR VENTURES LP** <br><br> Plaintiffs, <br><br> v. <br><br> **MATTHEW ROSEN** <br><br> Defendant. | CIVIL ACTION <br><br><br> NO. 2:24-cv-1228-KBH |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by all parties to this action that they have entered into a settlement agreement. Pursuant to the terms of that agreement, the parties agree to the voluntary dismiss with prejudice all claims of this action, pursuant to Fed. R. Civ. P. 41(1)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

                      Respectfully submitted,

| | |
|---|---|
| */s/ Marc Tepper* <br> H. Marc Tepper (PA Bar ID 49084) <br> Mark Pfeiffer (PA Bar ID 76245) <br> BUCHANAN INGERSOLL & ROONEY PC <br> Two Liberty Place <br> 50 S. 16th Street, Suite 3200 <br> Philadelphia, PA 19102 <br> (215) 665-8700 <br> marc.tepper@bipc.com <br> mark.pfeiffer@bipc.com <br> *Attorneys for Plaintiffs* | */s/ Tyler J. Harttraft* <br> Tyler J. Harttraft (PA Bar ID 325148) <br> James M. Wines (admitted *pro hac vice*) <br> BULL BLOCKCHAIN LAW LLP <br> 21 South 11th Street, Floor 2 <br> Philadelphia, PA 19107 <br> (215) 695-5860 <br> tyler@bullblockchainlaw.com <br> james@bullblockchainlaw.com <br> *Attorneys for Defendant* |

                      **SO ORDERED:**

                      /s/ Hon. Kelley B. Hodge
                      **Hon. Kelley B. Hodge**

                      Date:  September 25, 2025